# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Erik Garcia

v.                      Case Number: 4:22–cv–04412

Y & L Industries, Ltd.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/11/2023

**TIME:** 11:20 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   January 11, 2023                        Nathan Ochsner, Clerk