IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
| Plaintiff, | ) ) ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) Case No. 4:22-CV-04412 |
| Y & L INDUSTRIES, LTD., | ) ) |
| Defendant. | ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ERIK GARCIA and Defendant, Y & L INDUSTRIES, LTD., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 11th day of April, 2023.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  *Douglas S. Schapiro*_____
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

/s/ Misha J. Paltiyeyich
Misha J. Paltiyevich, Esq.
Southern District of Texas ID No. 24095695
Nichols Brar Weitzner & Thomas LLPP
2402 Dunlavy Street, Suite 2000
Houston, TX  77006
Email:   mpaltiyevich@nicholsbrar.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of April, 2023, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL