United States District Court
Southern District of Texas
**ENTERED**
April 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC GARCIA | § |
| | § |
| VS | § CIVIL ACTION NO. 4:22cv4412 |
| | § |
| Y & l INDUSTRIES, LTD. | § |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal filed on April 11, 2023 (Doc. No. 15), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and fees.

SIGNED at Houston, Texas, this ___14th___ day of April 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE